**FILED**

DEC 14 2009

Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALFRED L. STONE, <br> 4015 Bowman Avenue <br> Indianapolis, IN. 46227 <br> 202-550-7970 <br><br> Plaintiff <br><br> vs. <br><br> LANDIS CONSTRUCTION <br> ETHAN LANDIS <br> 7059 Blair Road NW <br> Washington DC 20012 <br> 202-726-3777 <br> Official & Individual Capacity <br><br> Defendants | Case: 1:09-cv-02359 <br> Assigned To : Walton, Reggie B. <br> Assign. Date : 12/14/2009 <br> Description: Employ Discrim. |

## PLAINTIFF'S COMPLAINT THAT THE DEFENDANTS' VIOLATED TITLE 42 SEC. 1981(b); AND, TITLE 29 SEC. 621 & 626 BECAUSE THEY FAILED OR REFUSED TO HIRE HIM BECAUSE OF HIS AGE AND HIS RACE, THAT BEING AFRICAN AMERICAN.

Plaintiff alleges:

1. This is a civil action for damages against a corporate resident of the District of Columbia, based upon 42 U.S.C. Sec. 1981(b) and 2000e et seq. (Hereinafter called Section 1981 and Title VII, respectively); to enjoin Defendants from violating, the provisions of the Age Discrimination in Employment Act, Title 29 Sec. 621 et seq. as amended; and, seeking a remedy for retaliation, all of which occurred in Washington DC.

2. The Court has jurisdiction over Title VII, Section 1981, and Section 621 claims under 28 U.S.C. 1331 and 29 U.S.C. Sec. 626(c).

3. Venue is proper in this Court, pursuant to 28 U.S.C. Sec. 1391 (b), and (c).



RECEIVED

OCT 2 2009

Clerk, U.S. District and
Bankruptcy Courts



RECEIVED

NOV 19 2009

Clerk, U.S. District and
Bankruptcy Courts

## PARTIES

4. The African American male Plaintiff was fifty five (55) years old at the time he applied for the position of Master Plumber with Landis Construction; and, was licensed by the District of Columbia Plumbing Board as a Master Plumber.

5. In April of 2006, the Plaintiff was a citizen of the District of Columbia; and, his race was African American in the sense in which race is used in 42 U.S.C. Sec. 1981.

6. Defendant Ethan Landis is a white male; and, as of July 2009, his age is alleged to be forty nine (49) years old. Ethan Landis d.b.a. Landis Construction Corporation [Hereinafter Landis]; incorporated on June 8, 1990 under the laws of the District of Columbia. The corporation is located at 7059 Blair Road NW Suite 300, Washington, DC 20012.

## LANDIS CONSTRUCTION AND ETHAN LANDIS IN THEIR OFFICIAL CAPACITY; DISCRIMINATED AGAINST THE PLAINTIFF BECAUSE OF HIS RACE, IN VIOLATION OF 42 U.S.C. SEC. 1981(b)

7. That, on April 30, 2006 in response to an employment ad in the Washington Post for a Master Plumber; the Plaintiff applied for the job by sending a copy of his resume to the e-mail address that was listed in the ad.

8. That, the ad for a Master Plumber position was posted in the Washington Post by Landis Construction; and soon thereafter, Ethan Landis, a white male, called to set up a time to interview the Plaintiff for the Master Plumber position.

9. That, on May 6, 2006, at 11:00 A.M., the parties met at the Takoma Park office of Landis Construction Corporation and Ethan Landis conducted the interview.

10. That, the office staff of Landis Construction Corporation was majority white; and, the African American Plaintiff was introduced to Ethan Landis, a white male in his thirties or forties.

11. That, Ethan Landis interviewed the Plaintiff by going over his resume and job experience, made a copy of the Plaintiff's Master Plumber's license for DC; but, represented to the Plaintiff that he was competent to perform the administrative part of the job description; but, he [Ethan Landis] had concerns about whether the Plaintiff could perform the physical labor because "you're old."

12. That, Ethan Landis asked the Plaintiff to prepare a proposed budget for the new plumbing department; and, email the same to him.

13. That, Plaintiff e-mailed a copy of his proposed budget for the plumbing department to Ethan Landis on Monday, May 8th, 2006.

14. That, Plaintiff met and exceeded all the lawful requirements for employment set down by the Defendants.

15. That, the white Defendants rejected the Plaintiff's application for employment because of his race; and, Defendants deliberately and with forethought to discriminate against Plaintiff kept the position open and continued to seek a person of Plaintiff's qualifications.

16. That, on October 30, 2006, the Defendants hired a white Master Plumber for the position; but, denied the Plaintiff notice and the opportunity to reapply for the position because of his race.

17. The actions complained of in Paragraph 15 and 16 have caused Plaintiff to lose wages, incur expenses, and to suffer mentally and physically from anger, humiliation, frustration, suspicion and fear.

18. Since April of 2006, the Defendants have failed or refused to hire a qualified African American plumber.

WHEREFORE the Plaintiff prays that this Court:

A. Declare that the actions of Ethan Landis alleged in this complaint were discriminatory and retaliatory and order Defendants to cease all such actions.

B. Order Defendants to make Plaintiff whole by awarding all lost pay and benefits, and health insurance.

C. Enter judgment for Plaintiff in the amount of compensatory damages awarded by the jury.

D. Enter judgment for Plaintiff in the amount of punitive damages awarded to Plaintiff by the jury.

E. Award Plaintiff attorney fees and the costs and expenses of this action and related administrative proceedings.

F. Grant such other relief as the Court deems just.

## COUNT II

### ETHAN LANDIS, VIOLATED TITLE 42 U.S.C. SEC. 1981(b) IN HIS INDIVIDUAL CAPACITY WHEN HE DEFAMED THE PLAINTIFF, THEN FAILED OR REFUSED TO CONTRACT WITH THE PLAINTIFF BECAUSE OF HIS RACE

19. Plaintiff restates and realleges each and every allegation made in Paragraphs one (1) thru eighteen (18).

20. That, during the April 6, 2006 interview, Ethan Landis represented to the qualified Plaintiff that he did not think the African American Master Plumber could perform the physical duties of the position.

21. That, Ethan Landis misrepresented to the E.E.O.C. that subsequent to the April 6th, 2006 interview the Plaintiff never contacted the office about the position.

22. That, on April 8th, 2006, the Plaintiff e-mailed Ethan Landis a copy of his proposed budget; but, when he [Plaintiff] called Ethan Landis on his cell phone, his response was negative and he hung up when the Plaintiff identified himself and asked if he had received the e-mail.

23. That, subsequent to April 8th, 2006, Ethan Landis failed or refused to hire an African American plumber for any position.

24. That, Ethan Landis' racial animus toward African American plumbers contravenes Title 42 U.S.C. Sec. 1981(b); in that, Ethan Landis refuses to contract with qualified African American plumbers because of their race.

25. That, Ethan Landis contracted with a white plumber on October 30, 2006.

26. That, Landis Construction, a D.C. based construction company, does not have a designated Master Plumber that is licensed in the District of Columbia.

WHEREFORE, Plaintiff prays for judgment against Ethan Landis in his individual capacity:

A. Punitive damages for violating the Plaintiff's civil rights; in that, Landis failed or refused to hire the qualified Plaintiff because he is a member of the African American race, as race is used in the context of Title 42, Sec. 1981.

## COUNT III

## THE DEFENDANTS FAILED OR REFUSED TO HIRE THE PLAINTIFF BECAUSE OF HIS AGE

27. The Plaintiff restates and realleges all the facts stated in Counts I & II of this Complaint, Paragraphs one through twenty six in particular.

28. That, Plaintiff brings this action for damages under, and to enjoin Defendants from violating, the provisions of the Age Discrimination in Employment Act, Title 29 U.S.C. Sec. 621 et seq. as amended.

29. That, this Court has jurisdiction of this action under Title 28 U.S.C. Sec. 1331 and Title 29 U.S.C. Sec. 626(c). Venue is proper in this Court. Title 28 U.S.C. Sec. 1391(c).

30. That, Plaintiff was fifty five years old (55) in May of 2006; and, was a citizen of the District of Columbia. Plaintiff is a member of the class of persons protected by the Act under Title 29 U.S.C. Sec. 631 and is entitled to bring this action by virtue of Title 29 U.S.C. Sec. 626(c).

31. That, Defendant Landis Corporation was incorporated under the laws of the District of Columbia; and, is authorized to do business in the District of Columbia. Defendant is an "employer" within the meaning of Title 29 Sec. 623 and 630(b).

32. That, on or about April 30, 2006, Plaintiff applied to Defendant for employment as a Master Plumber. Defendant has at and since that time sought and hired applicants for employment as plumbers.

33. That, Plaintiff was licensed as a Master Plumber in the District of Columbia, was licensed as a plumbing contractor in Indiana; and, had owned a plumbing business.

34. That, Plaintiff was qualified for employment by the Defendant as a Master Plumber.

35. That, Plaintiff meets and exceeds and at all relevant times has met and exceeded all the lawful requirements of employment set down by Defendant, but despite his qualifications, Defendant has refused to employ Plaintiff because of Plaintiff's age, in willful violation of the act.

36. That, on May 6, 2006, Ethan Landis rejected the fifty five year old Plaintiff for the position of Master Plumber; because, he [Plaintiff] was "too old" to perform the physical duties of the job.

37. That, after Defendant rejected Plaintiff for employment as a Master Plumber, the acts and practices of the Defendants constitute a pattern and practice of resistance to hire qualified African Americans as plumbers; because, Landis Construction continues to have open positions for plumbers and continues to seek applications from persons of Plaintiff's qualification. Defendant hired younger persons with qualifications equivalent to or less than those of Plaintiff's since wrongfully refusing to hire Plaintiff.

38. That, the Defendant has, in willful violation of the Act, followed a practice of refusing to hire as a Master Plumber or as a journeyman plumber African Americans who are over forty years (40) old.

39. That, Plaintiff has been deprived of income and employment as a Master Plumber as a result of Defendant's violation of the Act. Plaintiff has been grievously injured by Defendant's violation of the Act.

40. That on April 18, 2007, Plaintiff filed a charge of age discrimination on account of the conduct of the Defendant with the Equal Employment Opportunity Commission, in accordance with Title 29 U.S.C. Sec. 626(d).

41. All conditions precedent to the institution of this action have been fulfilled; in that, this complaint was filed within ninety days of receipt of the Right To Sue Letter. [Ex.A] Plaintiff's only available recourse to obtain employment with Defendant, and to obtain damages, was to file this action.

WHEREFORE, Plaintiff prays that a mandatory injunction issue requiring Defendant to employ Plaintiff permanently as a plumber, for compensatory and liquidated damages, for punitive damages in an amount to be determined, for attorney fees, costs, and interest, and for such other relief as may in the circumstances be appropriate.

Date: October 23, 2009

Respectfully Submitted,

*Alfred L. Stone*
Alfred L. Stone, pro se
4015 Bowman Avenue
Indianapolis, IN. 46227
(202) 550-7970

EEOC Form 161 (2/08)     **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

To: **Alfred L. Stone**
4015 Bowman Ave.
Indianapolis, IN 46227

From: **Washington Field Office**
131 M Street, N.E.
Suite 4NW02F
Washington, DC 20507

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 570-2007-01345 | **Janet Stump,** Enforcement Supervisor | (202) 419-0736 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[X] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[ ] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*[signature]*
Mindy E. Weinstein,
Acting Director

**AUG 2 4 2009**
*(Date Mailed)*

Enclosures(s)

cc: **Ethan Landis**
Co-Owner
**LANDIS CONSTRUCTION CORP.**
7059 Blair Road, N.W.
Washington, DC 20012