# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Plaintiff(s)

v.

Civil Action No.

Defendant(s)

## JUDGMENT ON THE VERDICT
### FOR DEFENDANT

This cause having been tried by the Court and a Jury, before the Honorable

_____ , Judge presiding, and the issues having been duly tried and the Jury having rendered its verdict; now therefore, pursuant to the verdict,

IT IS ORDERED, ADJUDGED AND DECREED that the plaintiff(s):

take nothing on the complaint against the defendant(s):

and that the said defendant(s) have and recover costs from the said plaintiff(s).

ANGELA D. CAESAR, Clerk

Dated: _____    By: _____
                                      Deputy Clerk

.